# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BERETANIA WILSON** | **CIVIL ACTION NO. 23-325-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **STEVE PRATOR, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims regarding his conditions of confinement are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims regarding ineffective assistance of counsel are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 9th day of May 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**